UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In re: | Chapter 13 |
| RICHARD C. ENGRASSIA | Case No. 23-40370-EDK |
| DEBTOR | |

DECLARATION RE: ELECTRONIC FILING

I, __EITAN GOLDBERG, Esq.__, hereby declare(s) under penalty of perjury that all of the information contained in my _____Fee Application as Special Counsel_____ (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that, pursuant to the Massachusetts Electronic Filing Local Rule (MEFR) 7(b), all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Executed this _12_ day of September 2023.

_____
Eitan Goldberg, Esq. (Affiant)
Brown and Goldberg, PC
380 Main Street
Haverhill, MA 01830
Tel: 978-469-1972
Fax: 978-469-1930
Email: eitan.bglaw@gmail.com