**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

|  |  |
|---|---|
| In re: | Chapter 13 |
| **RICHARD C. ENGRASSIA** | Case No. 23-40370-EDK |
| DEBTOR |  |

**CERTIFICATE OF SERVICE**

I, Richard A. Mestone, hereby certify that on this day, I electronically filed the *Special Counsel's Fee Application with Exhibits,* with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF system. I have served true and correct copies of the foregoing document only via CM/ECF upon the United States Trustee, all creditors, and individuals who have filed notices of appearance and requests for notice in the Court's CM/ECF database.

I certify that I also served the above-referenced document electronically filed with the Court on the non-CM/ECF participants on the attached list via first class mail, postage prepaid.

Date: September 13, 2023            /s/ Richard A. Mestone
                                    Richard A. Mestone (BBO# 642789)
                                    MESTONE & ASSOCIATES LLC
                                    435 Newbury Street, Suite 217
                                    Danvers, MA 01923
                                    Tel: (617) 381-6700
                                    richard.mestone@mestoneassociatesllc.com

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Amex
c/o Zwicker & Associates P.C.
PO Box 9043
Andover, MA 01810

Amex
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

CCO Mortgage Corp.
Attn: Bankruptcy
10561 Telegraph Rd
Glen Allen, VA 23059

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

Cunningham, Machanic, Cetlin,
Johnson, Harney & Tenney, LLP
220 North Main Street, Suite 301
Natick, MA 01760

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054

Discover Bank
PO Box 3025
New Albany, OH 43054

Greensky, LLC
Attn: Bankruptcy Dept
5565 Gleridge Connector, Ste 700
Atlanta, GA 30342

Greensky, LLC
3155 Royal Dr, Ste 175
Alpharetta, GA 30022

Internal Revenue Service
Insolvency Unit
PO Box 7346
Philadelphia, PA 19101

Ion Bank/thd Loan/grns
1797 Ne Expressway
Atlanta, GA 30329

Mass Dept of Revenue
PO Box 7090
Boston, MA 02204

Mass Dept of Revenue
Attn. Bankruptcy Unit
PO Box 9564
Boston, MA 02114

Midland Funding/Midland Credit Mgmt
320 East Big Beaver
Troy, MI 48083

Midland Funding/Midland Credit Mgmt
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193

Midland Credit Management
PO Box 2037
Warren, RI 48090

Rushmore Loan Mgmt Srvc
Attn: Bankruptcy
P.O. Box 55004
Irvine, CA 92619

Sheffield Financial
Attn: Bankruptcy
214 N Tryon St
Charlotte, NC 28202

U.S. Bank Trust National Association,
Trustee of the Truman 2021 SC9 Title trust
60 Livingston Avenue, EP-MN-WS3D
St Paul, MN 55107

U.S. Bank National Association
d/b/a Ethan Financial
PO Box 108
Bankruptcy Department
Saint Louis, MO 63166

US Bank/RMS
Attn: Bankruptcy
Po Box 5229
Cincinnati, OH 45201

Yamaha Financial Services
Attn: Bankruptcy
6555 Katella Ave
Cypress, CA 90630